UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CESAR DANTE MARTINEZ,   CASE NO. 15-60727-CIV-DIMITROULEAS

    Plaintiff,

vs.

WORLDWIDE TRANSPORTATION
SERVICES, INC., d/b/a WORLDWIDE
TRANSPORTATION, ALI A. MALEK,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendants' May 7, 2015, Motion to Dismiss [DE-7]. The Court has considered Plaintiff's May 26, 2015 Response [DE-8] and Defendant's June 5, 2015 Reply [DE-9]. The Court agrees with Defendant's position that Plaintiff's conclusory allegations are insufficient to allege a complaint under the Fair Labor Standards Act (FLSA). To survive a Motion to Dismiss, a complaint must contain sufficient factual matter, accepted as true, to "state a claim to relief that is plausible on its face". <u>Ashcroft v. Iqbal</u>, 129 S. Ct. 1937, 1949 (2009). Plaintiff may very well be able to allege facts to show that he is covered by the FLSA. He may be able to allege that he drives persons who are from different states. He may be able to allege that the limousines that he drives were manufactured outside the state of Florida. He may be able to more specifically allege that Defendants have gross volume sales over $500,000 annually. <u>Ceant v. Aventura Limousine</u>, 874 F. Supp. 2d 1373, 1376 (S.D. Fla. 2012). Here, Plaintiff threadbare conclusory allegations, are insufficient.

Wherefore, Defendants' Motion to Dismiss [DE-7] is Granted, without prejudice to Plaintiff's filing a sufficient complaint on or before June 29, 2015.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of June, 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record